USA-74-24B
(Rev. 05/01)

USAO Number: 2008R16977
Magistrate Number:

**HOUSTON DIVISION**

**CRIMINAL DOCKET**

SEALED
Southern District of Texas
FILED
JUN 18 2009
Filed Michael N. Milby, Clerk of Court

**Sealed** — Public and unofficial staff access to this instrument are prohibited by court order.

**H-09-335**

**UN-SEALED PER** order

**CRIMINAL INFORMATION**

Judge: Hittner

**UNITED STATES of AMERICA**
**VS.**

ATTORNEYS:
TIM JOHNSON, USA                    (713) 567-9000
Gregg Costa, AUSA                   (713) 567-9345

|  | Appt'd | Private |
|---|---|---|
| JAMES M. DAVIS | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |

**CHARGE:**
**(TOTAL)**
**(COUNTS:)**
**( 3 )**

Count 1: Conspiracy to Commit Mail, Wire and Securities Fraud [18 USC § 371]
Count 2: Mail Fraud [18 USC §§1341 and 2]
Count 3: Conspiracy to Obstruct SEC Investigation [18 USC § 371]

**PENALTY:**
Count 1: Up to five years imprisonment and/or a fine of up to $250,000, three years s/r, $100 s/a
Count 2: Up to twenty years imprisonment and/or a fine of up to $250,000, three years s/r, $100 s/a
Count 3: Up to five years imprisonment and/or a fine of up to $250,000, three years s/r, $100 s/a

☐ In Jail
☐ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**