UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § § | |
| V. | § § | C.R. ACTION NO: 4:09-335 (01) |
| James M. Davis, | § § § | |
| Defendants. | § | |

## ORDER

IT IS THE ORDER of this Court that the sentencing set for November 20, 2009 is hereby canceled. The Court will enter a new Order for Presentence Investigation and Disclosure and Sentencing Dates thirty days after the conclusion of the jury trial in CR 09-342.

SIGNED this ___15___ day of October, 2009.

_____
DAVID HITTNER
United States District Judge